KJM/CLC: USAO# 2009R0770

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2010 AUG 18 P 12: 13

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. WMN-09-0611 |
| RYAN HOLNESS, | : | (Interstate Domestic Violence, 18 U.S.C. § 2261(a)(1); Attempted Obstruction of Official Proceeding, 18 U.S.C. § 1512(c)(2); Attempted Witness Intimidation, 18 U.S.C. § 1512(b)(1); Fraudulent Misuse of a United States Passport, 18 U.S.C. § 1544; Aiding and Abetting, 18 U.S.C. § 2) |
| Defendant | : | |

..oOo..

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about June 5, 2009, in the District of Maryland, the defendant,

**RYAN HOLNESS,**

traveled in interstate commerce with the intent to kill and injure a spouse, and in the course of and as a result of such travel, committed and attempted to commit a crime of violence against that spouse.

18 U.S.C. § 2261(a)(1)

18 U.S.C. § 2

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

From in or about August 2009 to in or about September 2009, in the District of Maryland, the defendant,

### RYAN HOLNESS,

did corruptly attempt to obstruct, influence, and impede an official proceeding.

18 U.S.C. § 1512(c)(2)

18 U.S.C. § 2

## **COUNT THREE**

The Grand Jury for the District of Maryland further charges that:

In or about November 2009, in the District of Maryland, the defendant,

**RYAN HOLNESS,**

did knowingly attempt to intimidate and threaten a witness, to wit: S.M., with the intent to influence, delay, and prevent the testimony of S.M. in an official proceeding.

18 U.S.C. § 1512(b)(1)

18 U.S.C. § 2

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

In or about January 2008, in the District of Maryland, District of Connecticut, and Eastern District of New York, the defendant,

**RYAN HOLNESS**,

did willfully and knowingly use and attempt to use a United States passport, which passport had been issued and designed for the use of another person, to wit, R.A.H., to gain entry of H.H. into the United States and to bring H.H. to Naval Air Station, Patuxent River, Maryland.

18 U.S.C. § 1544

18 U.S.C. § 2

*/s/ Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Aug 18, 2010
Date