IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: WMN-09-0611 |
| RYAN D. HOLNESS | * | |

\* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Ryan D. Holness, Defendant, above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the verdict, final judgment and sentence thereto, entered in this proceeding on the 9th day of June, 2011, and the Court's rulings on the pretrial motions.

/s/
_____
Alan R. L. Bussard
405 Allegheny Avenue
Towson, Maryland 21204
410-821-5589


/s/
_____
Gerald C. Ruter
8601 Lasalle Road, Ste. 102
Towson, Maryland 21286
(410) 821-9500

Attorneys for Defendant, Ryan D. Holness

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 13th day of June, 2011, a copy of the foregoing Notice of Appeal was filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following :

John Purcell, Esquire
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201

                                      /s/
                              _____
                              Alan R. L. Bussard

                                        /s/
                              _____
                              Gerald C. Ruter

                              Attorneys for Ryan D. Holness