**United States District Court**
**District Of Maryland**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

July 16, 2021

James Wallner, Esquire
Assistant United States Attorney

    Re:   *United States of America v. Ryan Holness*
            Criminal No.: ELH-09-00611

Dear Mr. Wallner:

    Mr. Holness filed a Motion for Compassionate Release on September 28, 2020. ECF 160. On October 14, 2020 (ECF 162), the Federal Public Defender's Office stated that it does not intend to supplement Mr. Holness's motion.

    It does not appear that the government has responded. Therefore, I ask the government to respond by **August 2, 2021**.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                                  Sincerely,

                                                                  /s/
                                                             Ellen Lipton Hollander
                                                             United States District Judge

cc: Ryan Holness, #09-00611