Clerk of Court
101 W. Lombard Street
Baltimore, Maryland 21201-2691

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         SEP  3 2021

          AT BALTIMORE
     CLERK U.S. DISTRICT COURT
        DISTRICT OF MARYLAND
BY                        DEPUTY
```

ELH-09-00611
US v. Ryan Holness

Date: 8-30-21

Dear Clerk of Court,

    I'm writing in regards to Compassionate Release response from Government which was directed by the Court on Aug. 2, 2021 for the government to respond to Doc. 160.

    At this time Petitioner has not receive any such motion nor receive a extension from the government in regards to this matter. Therefore at this time Summary Default should be oppose on the government. Thank You! If not hold a hearing on this matter.

Respectfully Submitted,

Ryan Holness #44514-037
FCI Allenwood Medium
P.O. Box. 2000
White Deer, PA. 17887