## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIMINAL NO. ELH-09-0611** |
| **RYAN HOLNESS,** | * | |
| **Defendant.** | * | |

...oOo...

## ORDER

Upon consideration of the Government's Motion for Extension of Time, it is this 21st

day of July 2022, hereby

**ORDERED** that the Government's motion is **GRANTED**. It is further

**ORDERED** that the Government shall have up to and including August 22, 2022, to

submit a response to Defendant Ryan Holness's Motion to Reinstate Motion for Reduction of

Sentence Pursuant to the First Step Act of 2018 (ECF no. 174).

ELLEN L. HOLLANDER
UNITED STATES DISTRICT JUDGE